

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/14

Freddie J. Berg, Esq.
PO Box 1154
New York, NY 10002
(646) 531-1980
FredJBergLawOffice@gmail.com

March 31, 2014

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

*Rejected. Sur-Replies are not permitted.*
*4-2-14*
*[signature] AKH*

Re:   Isack Kousnsky v. Amazon.com, et al.
       Civil Action No. 13 CV 9176 (AKH)

Dear Judge Hellerstein,

The undersigned represents the Plaintiff, Isack Kousnsky, in the above action.

Pursuant to Your Honor's Individual Practice Manual, enclosed is the courtesy copy of the Plaintiff's Sur Reply (Second) Memorandum of Law in Opposition to Defendants Amazon.com, Pyramid America, and Art.com's Motion for Judgement on the Pleadings, which was filed through the Southern District of New York CM/ECF system on March 31, 2014.

Please kindly excuse the formatting error for the Certificate of Service. We will make every effort to avoid such errors in the future.

Very sincerely,

[signature]

/fjb

Encl:

cc:   Michael Pampalone, III, Esq.